JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NELLY MOLINA CAUDRA,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. 8:24-cv-00759-FWS-KES<br><br>**JUDGMENT IN FAVOR OF DEFENDANT UNITED STATES OF AMERICA**<br><br>Honorable Fred W. Slaughter<br>United States District Judge |

On October 28, 2025, the court held a bench trial in this case in Courtroom 10D of the United States District Court, Central District of California, the Honorable Fred W. Slaughter presiding. (Dkt. 52.) Plaintiff Nelly Molina Cuadra appeared by and through her attorneys of record, Rabin Saidian and Gustav Alexander von Schulz, and Defendant United States of America appeared by and through its attorneys of record, Erin Choi and Zakariya Koorosh Varshovi. (*Id.*) On November 12, 2025, the court held a hearing on the trial decision, stated its findings of fact and conclusions of law on the record pursuant to Federal Rule Civil Procedure 52(a), and found in favor of Defendant. (Dkt. 62.) On the same day, the court ordered Defendant to lodge a proposed judgment within seven

(7) days. (*Id.*) On November 18, 2025, Defendant lodged a Proposed Judgment. (Dkt. 63.) On November 19, 2025, the court entered an order indicating it had received the Proposed Judgment from Defendant, and ordered Plaintiff to "either file a statement of her objections to the Proposed Judgment or a notice of non-opposition to the Proposed Judgment, as applicable, on or before December 3, 2025." (Dkt. 64.) On the same day, Plaintiff filed a Notice of Non-Opposition to Defendant's Lodged Proposed Judgment. (Dkt. 65.) Therefore, Plaintiff's claim for negligence having been adjudicated in favor of Defendant,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that Plaintiff shall take nothing from Defendant on her Complaint, and that Judgment is hereby entered in favor of Defendant and against Plaintiff. Defendant shall file any motion or application for costs within **fourteen (14)** days of the date this Order was filed. Any motion or application for costs must comply with Local Rule 54-2.

**IT IS SO ORDERED.**

Dated: November 21, 2025

_____
Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE